## In the matter of the Petition of BENJAMIN JOURDAN *et al.* for a Writ of Habeas Corpus.

INFORMATION—*Warrant—Trial, When.* Where an information is filed while a term of the district court is in session, a warrant issued thereon during the term is returnable forthwith; and if the defendant is in custody at the term at which the information is filed, such information shall be tried at that term, unless continued for cause.

## Original Proceeding in Habeas Corpus.

PETITION filed in this court August 17, 1894. The petitioners alleged that they were unlawfully restrained of their liberty by being confined in the jail of Shawnee county by one D. N. Burdge, sheriff of said county, etc. On September 4, 1894, the said sheriff duly filed his return herein, wherein he alleged, among other things:

"That on the 4th day of July, 1894, an information was

filed in the district court of Shawnee county, Kansas, against said Benjamin Jourdan and Robert Campbell, charging them, and each of them, in seven distinct counts, with selling intoxicating liquors without first taking out and having a permit therefor, as required by law, a certified copy of which information is filed with the petition herein, and made a part thereof; that such information was presented to the judge of the district court, and that said judge ordered the clerk of the court to issue a warrant for the arrest of said Benjamin Jourdan and Robert Campbell, and fixed the bond to be given at the sum of $700; that, obeying said order of the court, said clerk thereupon issued the warrant set forth in the petition filed herein, and delivered the same to the sheriff, who thereupon arrested said Benjamin Jourdan and Robert Campbell, and, upon the failure of said Benjamin Jourdan and Robert Campbell to give the bond as required by the order of said court, committed them to the jail of Shawnee county, as is set forth in the return of the sheriff, indorsed on the warrant, a copy of which is set forth in the petition filed herein; that afterward, on the 30th day of August, 1894, and at the said April term of said district court, the said Benjamin Jourdan and Robert Campbell were brought before the court, and this cause continued until the September term of said court; that said information was filed as aforesaid on the 4th day of July, 1894, and at the April term, 1894, of said district court, but this respondent shows unto the court that long before the filing of said information, and, to wit, on the 2d day of June, 1894, the jury that had been duly drawn and impaneled for said April term, 1894, and who had served during said April term, had been discharged, and the April term of court had been brought to a close except for the purpose of hearing a few court cases, motions, demurrers, etc., whereby, at the time of the said arrest of said Jourdan and Campbell, there was no jury by which they could be tried, and no manner provided by law for summoning a jury at such term.

"Further, this respondent here presents to the court the commitment upon which said defendants, Benjamin Jourdan and Robert Campbell, were committed to the jail of Shawnee county, and held since said 30th day of August, 1894."

On Monday, the 10th day of September, 1894, *Charles Fensky*, appearing for petitioners, and *H. C. Safford*, county attorney, for respondent, before the supreme court of the state

32—54 KAS.

of Kansas, in session at the supreme court room, in the city of Topeka, the following proceeding was had, and remains of record at page 365 of Journal "V" of said court:

"*In re* BENJAMIN JOURDAN and ROBERT CAMPBELL.

"This cause comes on for decision, and thereupon it is ordered, that the petition for the writ of *habeas corpus* be denied, on account of the defendants having been arraigned before the district court of Shawnee county on the 30th day of August, 1894, and are therefore being held under an order from that court; the court holding that, where an information is filed while a term of the district court is in session, a warrant issued thereon during the term is returnable forthwith, and that, if the defendant is in custody at the term at which the information is filed, such information shall be tried at that term, unless continued for cause. The prisoners will be remanded to the custody of the sheriff of Shawnee county; and it is further ordered, that they pay the costs of this proceeding, except the costs made prior to the 30th day of August, 1894, which shall be paid by the respondent."